**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2294**

_____

In re:  JOHN W. SHADE, III,

        Petitioner.

_____

On Petition for Review of An Order for Extraordinary Writ

_____

Submitted:  September 12, 2024                    Decided:  September 16, 2024

_____

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

John W. Shade, III, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John W. Shade, III, petitions for an extraordinary writ, alleging that the district court has unduly delayed in proceeding on his 42 U.S.C. § 1983 suit. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action in the pending suit. Accordingly, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
